**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

PAUL BARNHURST,

                Movant,

        -against-

DAVID ZWICK, *et al.,*

              Respondents.
------------------------------------------------------------------X

**26 Misc. No. 0123 (JPC) (GS)**

**ORDER SCHEDULING**
**ORAL ARGUMENT**

**GARY STEIN, United States Magistrate Judge:**

An oral argument is scheduled in this matter on **Monday, April 20, 2026 at 4:00 p.m.**

via Microsoft Teams.  The parties are directed to join the conference at the scheduled time using

the following link: Click here to join the meeting.  **[Meeting ID: 252 431 936 812 504]**

**[Passcode: Wb7pW2Gr]**

       **SO ORDERED.**

DATED:     New York, New York
           April 15, 2026

                             _____
                             The Honorable Gary Stein
                             United States Magistrate Judge