UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PAUL BARNHURST,

                          Movant,

    -against-

DAVID ZWICK, et al.,

                       Respondents.
------------------------------------------------------------------------X

**26 Misc. 123 (JPC) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

Upon review, the Court finds Respondents' Submission on Diversity Jurisdiction (Dkt. No. 21) and Rule 7.1 Disclosure Statement (Dkt. No. 22) insufficient to establish subject matter jurisdiction.  Federal Rule of Civil Procedure 7.1 requires parties seeking to invoke this Court's diversity jurisdiction to "**name**— and identify the citizenship of—**every individual or entity whose citizenship is attributed** to that party."  Fed. R. Civ. P. 7.1(a)(2) (emphasis added); *see also Terrapin Bus. Funding LLC v. Stellar Beach Rentals, LLC*, No. 2:24-CV-2981, 2024 WL 3949980, at *1 (E.D.N.Y. Aug. 23, 2024) ("[T]he party seeking to invoke the court's diversity jurisdiction must identify both the LLC's members and their citizenship." (citation omitted); *Monroe Staffing Servs., LLC v. Whitaker*, No. 20-CV-1716 (GBD) (BCM), 2023 WL 4285292, at *7 (S.D.N.Y. June 9, 2023), *report and recommendation adopted*, No. 20-CV-1716 (GBD) (BCM), 2023 WL 4249012 (S.D.N.Y. June 29, 2023) ("[W]here a party is an LLC or an LLP, the citizenship of each individual member or partner must be pleaded or otherwise identified."). Respondents' Submission and Rule 7.1 Disclosure Statement fail to name and

identify the citizenship of each member of the trust, LLC, and LLP parties.  (*See* Dkt. No. 21 at 2, Dkt. No. 22 at 2).

Accordingly, Respondents shall file an amended Submission on Diversity Jurisdiction and Rule 7.1 Disclosure Statement by no later than May 4, 2026.  The amended submissions shall "name" and "identify the citizenship" of every entity or individual whose citizenship is attributable to each Respondent.  Fed. R. Civ. P. 7.1(a)(2).  If any of Respondents' members are non-corporate entities themselves, Respondents must provide the "identity and citizenships of their members" as well. *Patrick Cap. Markets, LLC v. Ascend Real Est. Partners, L.P.*, No. 21-CV-6004 (AKH), 2022 WL 294638, at *5 (S.D.N.Y. Feb. 1, 2022).

**SO ORDERED.**

DATED:    New York, New York
          May 1, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge

2