UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                      :
PAUL BARNHURST*,*                                                     :
                                                                      :
                          Movant,                                     :
                                                                      :
          -v-                                                         :          26 Misc. 123 (JPC) (GS)
                                                                      :
DAVID ZWICK, *et al.*,                                                :          ORDER ADOPTING
                                                                      :          REPORT AND
                          Respondents.                                :          RECOMMENDATION
                                                                      :
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

Petitioner Paul Barnhurst ("Movant") brings this motion to quash an arbitral summons for testimony in an arbitration to which Respondents are parties.  Respondents oppose on the ground that this Court does not have the legal authority to quash arbitral summonses under Section 7 of the Federal Arbitration Act.  On May 5, 2026, the Honorable Gary Stein, to whom this case has been referred for general supervision of pretrial proceedings and to issue recommendations on any dispositive motions, issued a Report and Recommendation, recommending that the motion be denied.  Dkt. 26 ("R&R") at 1.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge" in a Report and Recommendation.  28 U.S.C. § 636(b)(1)(C).  If a party submits a timely objection to any part of the magistrate judge's disposition, the district court will conduct a *de novo* review of the contested section.  Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997).  If no objections are made, the district court reviews the Report and Recommendation for clear error. *See, e.g.*, *Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

The Report and Recommendation, citing both Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), advised the parties that they had fourteen days from the date of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would preclude appellate review. R&R at 21. No objections have been filed and the time for making any objections has passed. The parties have therefore waived the right to object to the Report and Recommendation or to obtain appellate review. *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see also Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604 (2d Cir. 2008).

Notwithstanding this waiver, the undersigned has conducted a *de novo* review of the Report and Recommendation, and finds it to be well reasoned and its conclusions well founded. Accordingly, the Court adopts the Report and Recommendation in its entirety. Movant's motion to quash is denied without prejudice because the Court lacks authority to adjudicate the motion, for reasons stated by Judge Stein in the Report and Recommendation. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: May 26, 2026
New York, New York

_____
JOHN P. CRONAN
United States District Judge

2